# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, et al | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH SCHNEIDER, et al | : | NO. 08-3805 |

## ORDER

**AND NOW,** this 24th day of November, 2009, upon consideration of Plaintiff's "Motion to Strike Defendant Kenneth Schneider's Pleading and for Sanctions Persuant [sic] to F.R.C.P. 30(d)(2) and 37," the response in opposition and after argument heard at the Rule 16 Conference, it is hereby **ORDERED** that Plaintiff's Motion (Doc. No. 18) is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**