IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN DOE** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **KENNETH SCHNEIDER, et al.** | : | NO. 08-3805 |

## ORDER

**AND NOW**, this 30th day of September, 2013, upon consideration of "Plaintiffs' [sic] Motion for Partial Summary Judgment Based Upon Counts I and IV of the Plaintiff's Afirst [sic] Amended Complaint" (Doc. No. 125), the "Motion for Summary Judgment of Defendant Susan Schneider, M.D." (Doc. No. 144), the "Motion for Summary Judgment of Defendants The Apogee Foundation, Marjorie Schneider, and Bernard Schneider" (Doc. No. 145), and the "Motion for Summary Judgment of Defendant Kenneth Schneider" (Doc. No. 146), the responses and replies thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

— Plaintiff's motion for partial summary judgment is **DENIED**.

— Susan Schneider's motion for summary judgment is **GRANTED**.

— The motion for summary judgment of The Apogee Foundation, Marjorie Schneider and Bernard Schneider is **GRANTED** in part and **DENIED** in part. With regard to the Apogee Foundation, the motion is granted as to Count I and denied as to Counts III and IV. With regard to Bernard Schneider, the motion is granted in its entirety. With regard to Marjorie Schneider, the motion is granted as to Counts I, III and VI, and denied as to Count IV.

— Kenneth Schneider's motion for summary judgment is **DENIED**.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____
**Mitchell S. Goldberg, J.**